UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISON

**ANISSA HILTON,**

CASE NO.: 6:19-CV-___925___-ORL-_____

    **Plaintiff,**

v.

**RESEARCH INSTITUTE OF CENTRAL FLORIDA, LLC,
and GPS MEDICAL, LLC,**

    **Defendants.**
_____/

## NOTICE OF REMOVAL

COMES NOW, Defendants RESEARCH INSTITUTE OF CENTRAL FLORIDA, LLC and GPS MEDICAL, LLC (collectively the "Defendants"), by and through their undersigned counsel, and hereby file this Notice of Removal of this civil action pursuant to 28 U.S.C. §§1441 and 1446. In support of this removal, the Defendants state as follows:

1. On May 3, 2018, Plaintiff, ANISSA HILTON ("Hilton"), filed an action in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, styled *Anissa Hilton v. Research Institute of Central Florida, LLC, and GPS Medical, LLC*, Case No. 2018-CA-004556-O.

2. The Complaint and Summons were served on the Defendants on August 22, 2018. Defendants filed a Motion to Dismiss on October 1, 2018, based on improper venue as the Defendants' principal place of business is located in Seminole County, Florida. Furthermore, Hilton's sole claim in the original complaint was brought pursuant to the Orange County Civil Rights Ordinance ("OCCRO"), however the alleged actions did not occur in Orange County.

3. On April 25, 2019, Plaintiff filed an Amended Complaint, bringing a new claim under 42 U.S.C. §1981 and eliminating the claim under the OCCRO. The Amended Complaint makes this action removable.

4. This Notice of Removal is being filed within 30 days of the filing of the Amended Complaint and is timely filed under 28 U.S.C. §1446(b)(3). True and correct copies of the Amended Complaint, as well as all other documents filed with the Circuit Court, are attached hereto and incorporated herein as Exhibit A.

5. Hilton was an employee of the Defendants from September 2016 until she was terminated on December 11, 2017. In her Amended Complaint, Hilton alleges race-based discrimination pursuant to 42 U.S.C. § 1981.

6. The District Courts of the United States have original jurisdiction over civil claims arising under 42 U.S.C. §1981, pursuant to 28 U.S.C. §1331, without respect to the amount in controversy or the citizenship of the parties. Hilton withdrew her state law claim.

7. The events alleged by Hilton giving rise to this claim occurred in Winter Park, Seminole County, Florida. Thus, venue properly lies in the United States District Court for the Middle District of Florida, Orlando Division.

8. The Defendants are herewith providing notice of this Notice of Removal to Hilton and will concurrently file a copy of the Notice with the Clerk of the Ninth Judicial Circuit, in and for Orange County, Florida, pursuant to 28 U.S.C. §1446(d). A true and correct copy of the Notice of Filing Notice of Removal that will be filed with the State Court is attached hereto and incorporated herein as Exhibit B.

...

9. Therefore, this action may be removed to the United States District Court for the Middle District of Florida, pursuant to the aforementioned provisions.

WHEREFORE, Defendants, RESEARCH INSTITUTE OF CENTRAL FLORIDA, LLC and GPS MEDICAL, LLC respectfully pray that this action be removed to the United States District Court, Middle District of Florida, Orlando Division.

Respectfully submitted this 15th day of May 2019.

**BURRUEZO & BURRUEZO, PLLC**

*/s/ Carlos J. Burruezo, Esq.*
**CARLOS J. BURRUEZO, ESQ.**
Florida Bar Number 843458
carlos@burruezolaw.com
docketing@burruezolaw.com
**BERTHA L. BURRUEZO, ESQ.**
Florida Bar Number 596973
bertha@burruezolaw.com
941 Lake Baldwin Lane, Suite 102
Orlando, Florida 32814
Office: 407.754.2904
Facsimile: 407.754.2905

Attorneys for Defendants,
RESEARCH INSTITUTE OF CENTRAL FLORIDA, LLC
and GPS MEDICAL, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2019, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send a copy to: Counsel for Plaintiff, Noah E. Storch, Esq., Richard Celler Legal, P.A., 7450 Griffin Road, Suite 230, Davie, Florida, 33314 (noah@floridaovertimelawyer.com).

/s/ *Carlos J. Burruezo, Esq.*
Attorney for Defendants

4838-0099-6247, v. 1